UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BAYOU LIBERTY PROPERTY, LLC | CIVIL ACTION NO. 2:14-CV-01112 |
| VERSUS | SECTION: B (JUDGE LEMELLE) |
| BEST BUY STORES, L.P. AND BEST BUY CO., INC. | MAGISTRATE: 4 (MAGISTRATE JUDGE ROBY) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT**

Bayou Liberty Property, LLC moves for leave to file the attached First Supplemental and Amending Complaint against Best Buy Stores, L.P. and Best Buy Co., Inc. In support of this Motion, Bayou Liberty represents:

1.

On May 5, 2014, Bayou Liberty Property, LLC ("Bayou Liberty") filed a Complaint for Declaratory Judgment, Breach of Lease and Damages against Best Buy Stores, L.P. and Best Buy Co., Inc. (collectively, "Best Buy").

2.

Best Buy filed its Answer and Counterclaim on June 26, 2014.

3.

Bayou Liberty wishes to supplement and amend its Complaint to add additional factual allegations—specifically, additional instances of breaches of the Lease— in support of its claims against Best Buy.

4.

The new allegations of the Amended Complaint relate to Lease violations not known at the time of filing the original Complaint.  Indeed, they primarily consist of violations that have occurred since the original Complaint was filed.

5.

These additional factual allegations relate to the current deplorable condition of the former Best Buy building, which is the subject of the lawsuit.  An inspection conducted on February 11, 2015 by Bayou Liberty reveals that the building is contaminated with extremely high levels of mold and is in need of repair and remediation, due to Best Buy's neglect and failure to maintain the building in good condition and repair.  Bayou Liberty seeks to supplement its Complaint to include these additional allegations of breach by Best Buy.

6.

Additionally, Bayou Liberty has recently learned that Best Buy breached the Lease by failing to pay 2014 real estate taxes.  As a result, Bayou Liberty was compelled to pay the taxes and interest.  Bayou Liberty seeks to supplement its Complaint to include these additional allegations of breach by Best Buy.

7.

Undersigned counsel has conferred with counsel for Best Buy, and Best Buy has not consented to the filing of the Supplemental and Amending Complaint which contains these new factual allegations against it.

WHEREFORE, for the foregoing reasons, Bayou Liberty requests that this Court grant it leave to file the attached First Amended Supplemental and Amending Complaint.

Respectfully submitted,

GORDON, ARATA, MCCOLLAM,
 DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Telephone:     (504) 582-1111
Facsimile:      (504) 582-1121


By:/s/   Nina Wessel English                   .
        Howard E. Sinor, Jr.(T.A.), #12106
        hsinor@gordonarata.com
        Nina Wessel English, #29176
        nenglish@gordonarata.com

Attorneys for Bayou Liberty Property LLC


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing Motion for Leave to File First Supplemental and Amending Complaint using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by placing signed copies in the United States mail, properly prepaid, to counsel of record not participating in the CM/ECF system, on this 5th day of March, 2015.

              /s/ Nina Wessel English       
                Nina Wessel English